IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JORDAN BRANDT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00468-P |
| § | |
| THE VETERANS ADVOCACY § | |
| AND BENEFITS ASSOCATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a). In accordance with the Order dismissing the case (ECF No. 14):

It is **ORDERED**, **ADJUDGED**, **and DECREED** that all of Plaintiff Jordan Brandt's claims in this civil litigation against Defendant, The Veterans Advocacy and Benefits Association, should be, and hereby are, **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **30th day** of **August, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE